# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0489
Lower Tribunal No. 2024-MM-023367

_____

DAMAN THOMAS CALDWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Lee County.
Josephine Gagliardi, Judge.

July 25, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Daman Thomas Caldwell, Bonita Springs, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED